In The Criminal Court
of Appeales In Texas

Clerk: Abel Accosta
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 08 2015

Abel Acosta, Clerk

Ref: WR - 83,481 - 01
Sub: 11.07 writ
Date: September 03, 2015

Dear Abel,

    Could you please tell me the status of my 11.07 it had been filed since
6 / 22 / 2015 and I was wondering if it might have been lost in the mail and/or
what. thank you

Respectfully Submitted

*Sirron Hicks*

Sirron Hicks
Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367

Note: The white card I received on 6/22/2015 was
    slightly damaged, so the writ number may be 83,461-01
    The other number was Tr. Ct. No. C-297-010480-0356647-A